AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.   3:25-cr-080 |
| v. | ) | |
| | ) | |
| Jorge Eliecer Gonzalez-Ochoa | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jorge Eliecer Gonzalez-Ochoa                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct 1 - Fraud and Misuse of Documents, in violation of 18 U.S.C. § 1546(a),
Ct 2 - Use of Immigration Identification Document Not Lawfully Issued, in violation of 18 U.S.C. §§ 1546(b)(1), (b)(2), and
Ct 2 - False Representation of Social Security Number, in violation of 42 U.S.C. §§ 408(a)(7)(B).

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

By: _____
DEPUTY CLERK

Date:     10/09/2025

*Issuing officer's signature*

City and state:     Davenport, Iowa          Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/09/25 , and the person was arrested on *(date)* 10/11/25 at *(city and state)* Muscatine, IA . |
| Date: 10/11/25 |

*Arresting officer's signature*

JONATHON KOVACH  Deportation Officer
*Printed name and title*