IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE ELIECER GONZALEZ-OCHOA,<br><br>Defendant. | No. 3:25-cr-00080-SHL-SBJ-1<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL |

Before the Court is Defendant Jorge Eliecer Gonzalez-Ochoa's Unresisted Motion to Continue Trial, Pretrial Motion Deadline and Guilty Plea Deadline. (ECF 21.) Defendant requests a continuance of the December 1, 2025, trial, the pretrial motion deadline and the plea entry deadline. The Government does not resist the request. (ECF 21.) For the reasons stated in the motion, a continuance is **granted**. This is the first request to continue trial. A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties, 18 U.S.C. § 3161(h)(7)(B)(iv). Defendant Gonzalez-Ochoa is in custody. The Court finds the ends of justice served by such a continuance outweigh the best interests of the public and the Defendant to a speedy trial. Defendant has been advised of this request for a continuance, he is aware of the implications of a continuance on speedy trial calculations and is in agreement with this request. (ECF 21). The time of the delay shall constitute excludable time under the Speedy Trial Act.

Jury trial, now set for December 1, 2025, is continued and will be held during the two-week Davenport criminal trial period commencing on **February 2, 2026, at 9:00 a.m. at the United States Courthouse in Davenport, Iowa.**

Consistent with the new trial date, deadlines are extended as set forth below:

1

Pretrial Motion Deadline is on or before **December 12, 2025**,

Plea Notification Deadline is on or before **December 29, 2025**, and

At the sentencing proceeding, in order for a Defendant to be eligible for consideration by the Court for a reduction in the offense level, Acceptance of Responsibility pursuant to USSG §3E1.1(b), a guilty plea must be entered by **January 12, 2026**.

A final pretrial conference will be held on **the Wednesday before trial, at the United States Courthouse in Davenport, Iowa.**

In preparation for trial, the Court also states the following:

1. Motions challenging the admission of any audio and/or videotapes shall be filed ten (10) calendar days prior to trial. Upon filing the motion, the custodian of the recording shall immediately deliver a copy of the recording to the Court for review.

2. Trial briefs shall be filed one week prior to trial. Trial briefs shall contain a brief recitation of the facts of the case and identify legal issues that are in dispute.

3. Motions in limine are due by no later than fourteen (14) calendar days prior to trial. Responses or resistances to a party's motion in limine shall be filed at least seven (7) calendar days before trial.

4. Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) a witness list in Word by the **close of business on the Thursday before trial.** The witness list shall also be filed, and may be filed under seal without further order of the Court. In the event a party does not intend to produce witnesses at trial, such party shall notify the Court that it does not intend to present witnesses in lieu of submitting the witness list. By no later than 8:00 a.m. on the day trial begins, each party shall review his or her prospective witness list and shall delete from that list any witness that party does not in good faith expect to call during its case-in-chief. Each party shall circulate to the District Judge and opposing

counsel a copy of this amended and final witness list. The amended and final witness list shall also provide the order in which the party expects to call its witnesses.[1]

5.     Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) an exhibit list in Word by the **close of business on the Thursday before trial.** The exhibit list shall also be filed, and may be filed under seal without further order of the Court.  A copy of all exhibits, including any recordings copied onto CD or DVD, shall be provided to the Court in a tabbed, three-ring binder **by noon on the Friday before trial.** Counsel may deliver the binder to Judge Locher's chambers in Des Moines or to the Clerk's Office in Des Moines, Iowa. <u>If any recording(s) will be offered into evidence, the offering party shall prepare and provide to the Court and opposing counsel a transcript of such recording(s).</u> Photographs or photocopies of all contraband exhibits shall be provided to the Court the first morning of trial. They will be substituted for the contraband exhibits and sent with the jury during deliberations.

6.     Requests for non-standardized proposed jury instructions must be filed two weeks prior to trial. Counsel may submit requests for Model Jury Instructions by simple reference to the Model Instruction number without a need to retype the instruction. The Court encourages counsel to use the Eighth Circuit Jury Instructions Builder to draft proposed jury instructions, https://juryinstructions.ca8.uscourts.gov/.

7.     The parties are not required to submit proposed voir dire questions to the Court prior to trial.  The Court will permit each party fifteen (15) minutes for voir dire examination of the prospective jurors. Counsel for the government will exercise its peremptory challenges one at a time.

---

[1] A party may adjust the order of witnesses as reasonably necessary during the course of trial as events warrant.

Counsel for the Defendant will exercise two peremptory challenges at a time. If counsel does not wish to exercise all of their allotted peremptory challenges, the clerk shall exercise them by removing the last non-alternate jurors from the list.

8. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for opening statements.

9. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for closing arguments, inclusive of rebuttal as to the Government.

10. If digital or other specially recorded images are admitted into evidence during the course of the trial, a copy shall be provided to the Court in a format that can be replayed on a standard VCR or DVD player by the jury during their deliberations.

11. Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

12. It is defense counsel's responsibility to ensure that any detained client has suitable street clothes to wear at the time of trial. These clothes shall be delivered to the U.S. Marshal's Office in Davenport at least one (1) business day prior to trial. If family members are providing the clothing, they too must do so one (1) business day prior to trial, again delivering them to the U.S. Marshal's Office in Davenport.

IT IS SO ORDERED.

Dated: November 12, 2025

STEPHEN B. JACKSON, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE