AO 199A    (Rev. 4/25) Order Setting Conditions of Release                                                                Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT

<u>              SOUTHERN              </u>   District of   <u>              IOWA              </u>

United States of America

v.

<u>Jorge Eliecer Gonzalez-Ochoa</u>
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 3:25CR00080-001

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant must not commit any offense in violation of federal, state or local law on release in this case.

(2) The defendant must immediately advise the court or the pretrial services office or supervising officer in writing before any change in address and telephone number.

(3) The defendant must appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) <u>     U.S. Courthouse     </u> <u>     Davenport, Iowa     </u> on <u>     as directed     </u>

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community. IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )  (4)  The defendant is placed in the custody of:

(Name of person or organization) _____
(Address) _____
(City and State) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
            Custodian or Proxy                                          Date

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

(✔) (5) The defendant must:

    (  ) (a) report to the Pretrial Services Office, telephone number 563-200-2226, not later than Immediately Upon Release

    (  ) (b) maintain or actively seek employment.

    (  ) (c) maintain or commence an education program.

    (✔) (d) surrender any passport to: USPO.

    (✔) (e) obtain no passport

    (✔) (f) abide by the following restrictions on personal association, place of abode, or travel: Southern District of Iowa.

    (✔) (g) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

    (  ) (h) undergo a mental health evaluation and participate in mental health treatment, to include inpatient services, if required, as directed by the supervising officer.

    (  ) (i) maintain residence at a halfway house or community corrections center, as deemed necessary by the U.S. Probation Office. All costs will be paid by the U.S. Probation Office provided the defendant is making satisfactory progress towards goals set by the supervising officer. Within 60 days of the date of this Order, the Court will be provided an update on the defendant's status and progress towards community placement.

    (✔) (j) refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapons.

    (✔) (k) refrain from (✔) any (  ) excessive use of alcohol.

    (✔) (l) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's certification. The defendant is prohibited from using or possessing any synthetic intoxicating substance, including but not limited to "Spice", "K-2" or other forms of synthetic marijuana.

    (✔) (m) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, wearing a sweat patch, submitting a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

    (  ) (n) undergo a substance use evaluation and participate in substance use treatment, to include inpatient services, if required, as directed by the supervising officer.

    (✔) (o) participate in one of the following location restriction component and comply with its requirements as directed. (CHECK ONE):

        (i) (  ) Curfew: You are restricted to your residence every day (  ) from _____ to _____, or (  ) as approved by the probation officer or supervising officer; or

        (ii) (✔) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical; substance use; or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the probation office; or

        (iii) (  ) Home Incarceration: You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

        (iv) (  ) Stand-Alone Monitoring: You have no residential component restrictions. However, you must comply with travel restrictions as imposed. (to be used in conjunction with Global Positioning Satellite (GPS) or virtual mobile application)

    (✔) (p) submit to the following location monitoring technology and comply with all of the program requirements and instructions provided. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of location monitoring. The defendant shall pay all or part of the location monitoring cost, to include equipment loss or damage, as directed by the officer. (CHECK ONE):

        (  ) Technology as directed by USPO

        (  ) Radio Frequency (RF) monitoring

        (✔) Global Positioning Satellite (GPS)

        (  ) Voice Recognition

        (  ) Virtual Mobile Application. You must allow the probation officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (✔) (q) report as soon as possible to the pretrial services office or supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

    (✔) (r) permit a Probation Officer to visit him or her at any time at home or other approved residence.

    (✔) (s) see next page.

IT IS FURTHER ORDERED:

The defendant shall be released from Muscatine County Jail on December 8, 2025, at 10:00 A.M. Upon release, he shall directly report to the United States Probation Office at 131 East Fourth Street, Davenport, Iowa.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State        Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released at 10:00 a.m., December 8, 2025.

( )  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____December 3, 2025_____        _____/s/ Stephen B. Jackson, Jr._____
                                                  Signature of Judicial Officer

                                         Stephen B. Jackson, Jr. Chief U.S. Magistrate Judge
                                                  Name and Title of Judicial Officer