IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  3:25-cr-080 |
| v. | ) | |
| | ) | MOTION TO STAY ORDER OF |
| JORGE ELIECER GONZALEZ-OCHOA, | ) | RELEASE PENDING APPEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests that the Court issue an Order staying the release of the defendant from custody of the United States Marshals Service. Additionally, the government requests the stay remain in effect pending review of the Order of Release by the District Court, pursuant to Title 18, United States Code, Section 3145(a)(1). A Notice of Appeal will be submitted contemporaneously with this motion.

On October 15, 2025, defendant had an initial appearance on his indicted charges where the government requested detention under 18 U.S.C. § 3142(f)(2)(A), stating defendant's case involved a substantial risk of flight by a preponderance of the evidence. The government proffered that defendant ran from police, resisted arrest after recognizing the Immigration and Customs Enforcement (ICE) officers, did not reside at the address he provided to ICE during his pre-immigration hearing release, worked despite not being authorized to do so, and provided two fraudulent documents, under a false identity, to obtain employment.

On October 20, 2025, the Chief U.S. Magistrate Judge, Stephen B. Jackson, Jr., held a detention hearing. (R. Doc. 18.) During the hearing, the government proffered information from Officer Jess Leibold, with ICE, regarding the details of the case, including that defendant was a Colombian citizen, he was on release pending deportation hearings at the time of his arrest, he had a GPS monitor as part of that release, he provided a different address to ICE officers than where his GPS monitor indicated he was residing, he did not request or receive authorization to work, he was going by a different name at his job, he provided a fraudulent social security and permeant resident card to obtain employment. The government also proffered that when ICE encountered defendant, he ran and resisted arrest, and after he was arrested, told ICE officers he ran because he recognized at least one office from his check-ins on his release pending deportation hearings. The government also confirmed that defendant had an ICE detainer (which is currently still in place), so if he was released, he would go to ICE custody.

Defendant offered a release plan with his significant other's mother as his third-party custodian. The United States Probation Office recommended detention, and the government argued that the defendant's proposed release plan was not sufficient to ensure defendant's appearance at future court proceedings. The government argued that the evidence established, by a preponderance of the evidence, that there were no conditions or combination of conditions that could reasonably assure defendant's appearance in court.

On December 3, 2025, Judge Jackson entered an order releasing the defendant pending trial with defendant's release ordered for Monday, December 8, 2025, at 10:00 AM. (R. Doc. 24.)

THEREFORE, the government respectfully requests the Court grant this Motion and enter an Order staying the release of the defendant from custody of the United States Marshals Service until the matter can be reviewed pursuant to Title 18, United States Code, Section 3145(a)(1).

Respectfully submitted,

David C. Waterman
United States Attorney

By:  */s/ Kaitlyn Macaulay*
Kaitlyn R. Macaulay
Assistant United States Attorney
U.S. Courthouse
131 E. Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Kaitlyn.Macaulay@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

   X   ECF/Electronic filing
UNITED STATES ATTORNEY

By:  */s/ Kaitlyn Macaulay*
   AUSA