IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JORGE ELIECER GONZALEZ-OCHOA,<br><br>Defendant. | Criminal No. 3:25-cr-080<br><br>NOTICE OF APPEAL |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby enters notice of its appeal to the District Court of the Magistrate Judge's Denial of Government's Motion for Detention and Order Setting Conditions of Release, entered on December 3, 2025. (R. Doc. 24, 25.) This appeal is taken pursuant to Title 18, United States Code, Section 3145(a)(1), and a transcript has been requested. Upon receipt of the transcript, the government will promptly file a brief supporting its appeal.

Respectfully submitted,

David C. Waterman
United States Attorney

By: */s/ Kaitlyn Macaulay*
Kaitlyn R. Macaulay
Assistant United States Attorney
U.S. Courthouse
131 E. Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Kaitlyn.Macaulay@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

  X   ECF/Electronic filing
UNITED STATES ATTORNEY

By: */s/ Kaitlyn Macaulay*
      AUSA